447 F.2d 502
 Rowan R. BAILEY, Plaintiff-Appellant,
v.
ROWAN DRILLING COMPANY, Inc., et al., Defendants-Appellees.
No. 71-2052 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d
409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Sept. 13, 1971.
 
 Donald V. Organ, New Orleans, La., for plaintiff-appellant.
 William K. Christovich, New Orleans, La., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana; Lansing L. Mitchell, Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966